## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

PATRICIA CHAVEZ-RODRIGUEZ,

      Plaintiff,

vs.                                                                                 No. CIV 07-0633 JB/DJS

CITY OF SANTA FE, MAYOR DAVID COSS,
in His Official and Individual Capacity,
COUNCILOR KAREN HELDMEYER,
in Her Official and Individual Capacity,
JOHN B. "JACK" HIATT in His Official
and Individual Capacity,

      Defendants.

## ORDER

**THIS MATTER** comes before the Court on: (i) the Defendants' Motion for Reconsideration of Court's Order [Doc. 236] Denying Immunity to Individual Defendant in Defendants' Motion for Judgment on the Pleadings on Count III of Plaintiff's Complaint (Assault); Or In the Alternative, for Summary Judgment and Memorandum in Support, filed November 20, 2008 (Doc. 239); and (ii) the Defendants' Motion for Reconsideration of Court's Order [Doc. 234] Denying in Part Defendants' Motion for Partial Summary Judgment on First Amended Retaliation (Count I) and Memorandum in Support, filed December 12, 2008 (Doc. 243). After the Defendants filed these motions, but before the Court ruled on them, the Defendants appealed two of the Court's prior orders. The Tenth Circuit resolved the appeal favorably for the Defendants, rendering these motions moot. See Chavez-Rodriguez v. City of Santa Fe, No. 09-2047, 2010 WL 548277, at *1 (10th Cir. Feb. 18, 2010). Defendants' counsel has represented to the Court's Courtroom Deputy Clerk that, rather than withdraw his motions, he would prefer the Court to deny the motions as moot. Pursuant to that representation, the Court now denies both motions as moot.

**IT IS ORDERED** that: (i) the Defendants' Motion for Reconsideration of Court's Order [Doc. 236] Denying Immunity to Individual Defendant in Defendants' Motion for Judgment on the Pleadings on Count III of Plaintiff's Complaint (Assault); Or In the Alternative, for Summary Judgment and Memorandum in Support; and (ii) the Defendants' Motion for Reconsideration of Court's Order [Doc. 234] Denying in Part Defendants' Motion for Partial Summary Judgment on First Amended Retaliation (Count I) and Memorandum in Support are both denied as moot.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Daniel J. O'Friel
Pierre Levy
O'Friel and Levy, P.C.
Santa Fe, New Mexico

    *Attorneys for the Plaintiff*

Steve French
Robyn B. Hoffman
Robert W Becker
French & Associates, PC
Albuquerque, New Mexico

    *Attorneys for the Defendants*