IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PATRICIA CHAVEZ-RODRIGUEZ,

      Plaintiff,

vs.                                                     No. CIV 07-0633 JB/DJS

CITY OF SANTA FE, MAYOR DAVID COSS,
in His Official and Individual Capacity,
COUNCILOR KAREN HELDMEYER,
in Her Official and Individual Capacity,
JOHN B. "JACK" HIATT in His Official
and Individual Capacity,

      Defendants.

## ORDER

**THIS MATTER** comes before the Court on an Order remanding this case from the United States Court of Appeals for the Tenth Circuit back to this Court. At this point in the proceeding, the Court and counsel for all parties agree that the only remaining claim of any party is Plaintiff Patricia Chavez-Rodriguez' state-law tort claim of battery. While the Court had supplemental subject-matter jurisdiction over Chavez-Rodriguez' state-law claims under 28 U.S.C. § 1367, there no longer exists any claim over which the Court can claim original federal subject-matter jurisdiction. The Court will therefore remand the remaining claim and the case to the First Judicial District Court for the State of New Mexico, County of Santa Fe.

**IT IS ORDERED** that the case and remaining claim be remanded to the First Judicial District Court for the State of New Mexico, County of Santa Fe.

                                                             _____
                                                             UNITED STATES DISTRICT JUDGE

*Counsel:*

Daniel J. O'Friel
Pierre Levy
O'Friel and Levy, P.C.
Santa Fe, New Mexico

    *Attorneys for the Plaintiff*

Steve French
Robyn B. Hoffman
Robert W Becker
French & Associates, PC
Albuquerque, New Mexico

    *Attorneys for the Defendants*